**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

**KENNOX "LEE" PLANTE,**

        **Plaintiff,**

   **v.**

**ORGILL INCORPORATED,**

        **Defendant/Third-Party Plaintiff**

   **v.**

**YUN FU ENTERPRISES CO.**

        **Third-Party Defendant.**

**2005-CV-0126**

TO:   Lee J. Rohn, Esq.
        Simone R.D. Francis, Esq.

### ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DEFENDANT FOR A MORE COMPLETE RESPONSE TO DEMAND FOR PRODUCTION NO. 11

THIS MATTER came before the Court upon Plaintiff's Motion to Compel Defendant For a More Complete Response to Demand For Production No. 11 (Docket No. 47).

Defendant contends that the documents identified in Plaintiff's Demand For Production No. 11 are irrelevant. Having reviewed the said demand and Defendant's response and contentions, the Court agrees. Consequently, the Court will deny Plaintiff's request.

*Plante v. Orgill Inc.*
2005-CV-0126
Order Denying Plaintiff's Motion to Compel
Page 2

In the text of the joint stipulation Plaintiff also requests further supplementation of Defendant's First Supplemental Rule 26 Disclosures to provide the business address for Brian Dempsey. Defendant states that it already has provided the business address for Brian Dempsey. Therefore, Plaintiff's request is moot.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion to Competl Defendant For a More Complete Response to Demand For Production No. 11 (Docket No. 47) is **DENIED**.

                                                  ENTER:

Dated: September 12, 2007                           /s/
                                                  GEORGE W. CANNON, JR.
                                                  U.S. MAGISTRATE JUDGE